672

■ In the Matter of BRUCE J. STARR et al., Respondents, v. ANTHONY DE ROCCO et al., Appellants.— Motion by respondents to vacate conditional stay granted by order of this court dated July 17, 1967; and cross motion by appellants for reargument of their previous motion for a stay, which previous motion resulted in the order of July 17, 1967. Motion and cross motion denied, as academic (see, *Matter of Starr* v. *De Rocco,* 29 A D 2d 662). Beldock, P. J., Brennan, Hopkins and Benjamin, JJ., concur.

### (January 17, 1968)

■ DISTRICT 2, MARINE ENGINEERS BENEFICIAL ASSOCIATION (AFL-CIO) et al., Appellants, v. NEW YORK SHIPPING ASSOCIATION, INC., et al., Respondents, et al., Defendants.— Motion by appellants to stay respondents from proceeding for enforcement of a preliminary injunction contained in the order appealed from, pending appeal therefrom, and for other relief. Motion granted insofar as it is to dispense with printing (the appeal has been heard on the original papers and typewritten briefs). Motion otherwise dismissed, as academic (see, *District 2, Marine Engineers Beneficial Assn.* v. *New York Shipping Assn.,* 29 A D 2d 139). Beldock, P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.